IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02250-PAB-MJW

AMES CONSTRUCTION, INC., a Minnesota corporation,

Plaintiff,

v.

FLSMIDTH USA, INC., a Delaware corporation,

Defendant.

## MINUTE ORDER

Entered by U.S. Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Vacate Order Setting Scheduling/Planning Conference (docket no. 7) is **DENIED** for the following reasons. Apparently, Plaintiff has had contact with in-house counsel for Defendant. *See* footnote one on page one of the subject motion (docket no. 7). Nothing prevents Defendant from accepting service of this lawsuit or the parties settling this lawsuit before service is obtained. Moreover, in reviewing the subject motion (docket no. 7), although this lawsuit may be a "peripheral dispute" and subordinate to the core litigation concerning construction of the gold mill near Victor, Colorado, it is still subject to Fed. R. Civ. P. 1 and to the Civil Justice Reform Act. Further, once the Defendant is served with process, the parties may wish to file a Joint Motion Requesting Administrative Closure of this case pursuant to D.C.COLO.CivR 41.2.

Date: November 3, 2015